**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

**JAMES A. HALL**                                                                                                   **PLAINTIFF**

V.                          **CASE NO. 3:22-CV-3063**

**META, INC.; FACEBOOK, INC.;**
**and MARK ZUCKERBERG**                                        **DEFENDANTS**

## ORDER

Now before the Court is the Report and Recommendation (Doc. 5) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, the case is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. §1915(e)(2)(B) for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED** on this 4th of January, 2023.

                                                    */s/ Timothy L. Brooks*
                                                    TIMOTHY L. BROOKS
                                                    UNITED STATES DISTRICT JUDGE